# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

**Chanda J. Berta, Clerk of Court**                                          www.innd.uscourts.gov

February 5, 2025

Clerk, U.S. District Court
  219 South Dearborn Street, 20th Floor
  Chicago, IL 60604

RE:    Name of Defendant: Michael J Murphy
       Our Case Number: 3:25cr6
       Your Case Number: 1:03cr138

Dear Clerk:

Initial Transfer Out
☐    Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your
     district.  Please return a certified original to this office after jurisdiction accepted.  Upon
     receipt, we will forward certified copies of the pertinent documents to you, or advise you
     how you may obtain them.

Final Transfer Out
☐    Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction
     from the Northern District of Indiana to your District, charging document, Judgment &
     Commitment Order, Docket Sheet and Financial Case Ledger.
                                         or
☐    Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction
     from the Northern District of Indiana to your District, along with a copy of the Financial
     Case Ledger.  Copies of the docket, charging instrument and judgment may by obtained
     via pacer from www.innd.uscourts.gov

Transfer In
☒    Enclosed please find Probation Form 22 (certified)  indicating that our court has accepted
     jurisdiction.   Please forward certified a Financial Case Ledger and copies of the charging
     document (complaint/ indictment), Judgment & Commitment Order, Docket Sheet or
     advise us if these documents are accessible via pacer.

                              Sincerely,

                              Chanda J. Berta, Clerk of Court By:

                              s/ J. Darrah

**1108 E. Ross Adair Federal Bldg. • 1300 S. Harrison Street • Fort Wayne, Indiana 46802 • (260) 423-3000 • Fax (260) 423-3007**
**5400 Federal Plaza • Suite 2300 • Hammond, Indiana 46320 • (219) 852-6500 • Fax (219) 852-6509**
**102 Robert A. Grant Federal Bldg. • 204 South Main Street • South Bend, Indiana 46601 • (574) 246-8000 • Fax (574) 246-8002**
**214 Charles Halleck Federal Bldg. • 230 North Fourth Street • Room 105• Lafayette, Indiana 47902 • (765) 420-6250 • Fax (765) 420-6314**